No. —. ROLLS-ROYCE, INC. *v.* STIMSON, SECRETARY OF WAR. May 22, 1944. The motion for leave to file petition for writ of prohibition or mandamus is denied.

No. —. EX PARTE SYLVAN BLUMENFELD. May 22, 1944. The motion for leave to file petition for writ of mandamus is denied.

No. —. EX PARTE RAYMOND DECKER;
No. —. EX PARTE JOHN H. ROONEY;
No. —. EX PARTE LOUIS B. AMES; and
No. —. UNITED STATES EX REL. TOWNSEND *v.* RAGEN, WARDEN. May 22, 1944. The motions for leave to file petitions for writs of habeas corpus are denied.

No. —. KELLEY *v.* DOWD, WARDEN. May 22, 1944. The motion for leave to file petition for writ of certiorari is denied.